| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>1:02-CR 339-007 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>CR 04-30008 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | NORTHERN DISTRICT OF NEW YORK | DIVISION<br><br>U. S. Probation | |
|---|---|---|---|
| Christopher Cutler<br>26 Mohawk Forest Boulevard<br>North Adams, MA 01247 | NAME OF SENTENCING JUDGE<br><br>Thomas J. McAvoy | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>November 10, 2003 | TO<br>November 9, 2008 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute and Distribution of Marijuana, 21USC §§841(a)(1) and (b)(1)(D) and 846

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF NEW YORK**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

 

_2/24/04_
Date

_Thomas J. McAvoy_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

 

_3-15-04_
Effective Date

_Michael A. Ponsor_
United States District Judge